# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0135, <u>Granite Ridge Condominium Association v. Shirley Wood</u>, the court on May 1, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal and has determined to resolve the case by way of this order. <u>See Sup. Ct. R.</u> 20(2). The defendant, Shirley Wood, appeals decisions of the Circuit Court (<u>Zucker</u>, R., approved by <u>Keating</u>, J.), following an evidentiary hearing, awarding the plaintiff, Granite Ridge Condominium Association, $3,300 plus taxable costs and statutory interest of $108.26 on its small claim for unpaid condominium association assessments, and attorney's fees and other costs in the amount of $4,783.24. On appeal, the defendant claims that her mortgage holder had, in fact, paid the relevant assessments, that the plaintiff's claim and the trial court's decision was defective under RSA 356-B:46 (2022), and that the trial court erred by awarding attorney's fees. Based upon our review of the defendant's brief and reply brief, the plaintiff's memorandum of law, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decisions, we find the defendant's arguments to be unpersuasive, and we affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

Timothy A. Gudas,
Clerk